IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:                                                          CASE NO. 05-13671
        BROWN, LIZA ANN

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

NOW INTO COURT, comes the Trustee, who represents as follows:

1. Trustee made final distribution in this case.

2. One or more distribution checks remain un-negotiated and more than 90 days has passed since final distribution was made.

3. In accordance with Section 347(a) of the Bankruptcy Code, Trustee stopped payment on all checks remaining unpaid.

4. Trustee hereby remits to the Clerk of Court one check in the amount of $**38.64**, representing the aggregate amount of all unpaid checks.

5. In accordance with Bankruptcy Rule 3011, Trustee files the attached list of the names and addresses, as far as known, of the persons entitled to the money deposited with the Clerk and the respective amounts payable to them. Amounts shown remain unclaimed and should be treated in the manner provided in Section 347 of the Bankruptcy Code.

6. All other distribution checks have been negotiated, returned by the bank and are in the possession of Trustee.

Date: March 5, 2010.                                  Respectfully submitted,

                                                                           /s/ John S. Hodge
                                                                           John S. Hodge, Trustee
                                                                           P.O. Box 13
                                                                           Shreveport, LA 71161
                                                                           Telephone: (318) 226-9100

# Register of Unclaimed Funds

**Case: 05-13671       BROWN, LIZA ANN**

Claims Bar Date: 05/21/09

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Libbey Glass FCU/Visa POB 8982 Madison, WI 53708 <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured 01/11/06 | | $800.38 * $800.38 | $38.64 | $761.74 |
| | | | **Case Total:** | | **$38.64** | **$761.74** |

(*) Denotes objection to Amount Filed